215 So.2d 122

**STATE of Louisiana**

v.

**Isidore JOHNSON.**

No. 49558.

Nov. 12, 1968.

In re: Isidore Johnson applying for writs of mandamus, review and habeas corpus.

Writ refused. In the return of the District Judge it does not appear that he abused his discretion.

■

215 So.2d 122

**Francis RICHARD et al.**

v.

**SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY et al.**
**Ernest RICHARD et al.**

v.

**The AMERICAN INSURANCE COMPANY et al.**

**Felicia Arnaud RICHARD**

v.

**The AMERICAN INSURANCE COMPANY et al.**

No. 49475.

Nov. 12, 1968.

In re: Earline Richard Robin, Ernest Richard and Felicia Arnaud Richard applying for certiorari, or writ of review to the Court of Appeal, Third Circuit, Parish of Lafayette. 212 So.2d 471; 212 So.2d 481; 212 So.2d 483; 212 So.2d 484.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Writ granted limited however, to assignment of error no. 1.